Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL LEMAY RICE, <br><br> TAYLOR LEMAY RICE, <br><br> Defendants. | NO. CR21-180 RAJ <br><br> DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Taylor Lemay Rice, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Protected Material</u>

The following documents and materials are deemed Protected Material. The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and

///

///

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Daniel Lemay Rice/Taylor Lemay Rice* CR21-180 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team). This category of Protected Materials will be marked and labeled as "Protected Material":

    a. All personal identifying information related to witnesses and the victims.

2. <u>Scope of Review of Protected Material</u>

The Government agrees that it would provide the defense with an unredacted version and a redacted version that removes the information identified above. The parties agree that the defense team may provide the redacted version to the defendant, and may review the unredacted version with the defendant in the presence of a defense team member. The defense agrees that will not provide a paper copy of the unredacted version to the defendant.

3. <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

4. <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

///
///
///
///
///

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Daniel Lemay Rice/Taylor Lemay Rice* CR21-180 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

5. <u>Non-termination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

DATED this 22nd day of November, 2021.

*[signature: Richard A. Jones]*

RICHARD A. JONES
United States District Judge

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Daniel Lemay Rice/Taylor Lemay Rice* CR21-180 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970